UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PAUL MICHAEL BARRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:14-cv-00527-JDL ) |
| CUMBERLAND COUNTY JAIL, et al., | ) ) |
| Defendants. | ) |

**ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed his Recommended Decision (ECF No. 52) with the court on May 27, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on June 15, 2015, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' Motion to Dismiss (ECF No. 21) is **DENIED**.

**SO ORDERED.**

Dated: June 17, 2015          /s/ Jon D. Levy
                                                        U.S. District Judge