UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **PAUL MICHAEL BARRY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|         v. | )   2:14-cv-00527-JDL |
| | ) |
| **CORIZON MEDICAL SERVICES,** | ) |
| et al.,[1] | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed his Recommended Decision (ECF No. 135) with the court on July 29, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The plaintiff, Paul Michael Barry, filed an Objection to the Recommended Decision (ECF No. 143) on September 20, 2016. The defendants filed Responses to the plaintiff's Objection (ECF No. 144, ECF No. 146) on September 21, 2016 and October 7, 2016.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur

---

[1] In their initial Motion to Dismiss, Corizon pointed out that its correct name is Corizon, LLC, and that it had been misnamed in the complaint. *See* ECF No. 21 at 1. However, in the absence of a request from the parties, I have maintained the case caption as it exists in ECF.

with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 135) is hereby **ADOPTED**.  Plaintiff's motion for summary judgment (ECF No. 120) is **DENIED**.  The defendants' motions for summary judgment (ECF No. 108 and ECF No. 112) are **GRANTED**.

**SO ORDERED.**

Dated this 14th day of November 2016

                                                           **/s/ Jon D. Levy**
                                                     **U.S. DISTRICT JUDGE**